United States District Court
Western District of Washington

| | |
|---|---|
| Alexander Roy Sinclair<br>Plaintiff<br><br>v.<br><br>Clark County, Richard Bishop, Joe Barnette, K. Clark, Comdr. B-eltran, Verna Banks, Brandon Hamilton, Roberto Linares, Daniel Plotner, Sean Treseder, Ken Nash, Robert Karcher, Savannah Wildman, Barbra Schubach, Kara Wedemeyer, Nicholas Deethick, Troy Johnson, Gabriel Benvides, Trevor Grant, Dollie Drayes, B. Cummings, John Ackerman H.S.R, Naph Care, sgt. Becker, Naph Care, Shannon P.N.P, Jones, Hood, Frisby, Black | civil case# 3:21-cv-05633-BJR-DWC<br><br>1983 Prisoner<br>Civil Rights Complaint |

## Campaign of Harassment

On May 19th, 2020 the clark county sheriff jail staff Verna Banks denied me 15 minutes and just gave 45 minutes from the policy "23 hour lock down", must have an whole hour. In pod F4 in the day room w/ no camera(s) I was physically assaulted by jail staff Hamilton Brandon, Roberto Linares, sgt. Daniel Plotner, Sean Treseder, Ken Nash, Robert Karcher, Savannah Wildman w/ other deputies identify on camera in front of pod F4 and shot twice, in the eye socket (right face) by Nash and torso (left side) over tased by Wildman w/ taser(s) I went to jail medical, but was denied to go to hospital. Then was housed in cell A3-1-1 still denied medical to the hospital. I tried asking for the sergeant but same one(s) in conspiracy covering up on

Page 2 of 5

May 19th, 2020 in denied constitutional service by jail staff. On May 21th, 2020 housed in cell A3·1·1 jail staff Hood, Frisby, Nicholas Derthick, Troy Johnson, Kara Wedemeyer, Gabriel Benavides, Trevor Grant, Dallie Drapes w/ other deputies retaliation harassment Hood and Frisby both did a bar check in my cell went in my property took my toilet paper, I was denied my lunch on camera and came in my cell did another physical assaulted on me also use racial words by calling me the "N-word" while being tased w/o video in A3·1·1 in it or present. Then denied to go to medical, jail staff(s) snatch the prongs out of me was taken to B8. There was repeat of me being tased getting called the "N-word" again while I was physical assaulted medical was denied prongs snatched out again. On May 21th 2020 the clark county sheriff's department deputies cmdr. K. Clark, cmdr. Joe Barnette, cmdr. Beltran, cmdr. Richard Bishop illegally housed me in B8 (May to August of 2020), B7 (August of 2020), and B9 for four months in an cold cell. During this time period I was denied constitutional services by jail staff sgt. Barbra Schubach and sgt. D. Platner. They at times denied me food, clothing, adequate medical services, adequate mental health, adequate bedding, laundry, toilet paper, water, hour out, legal services, stationary, and even phone and shower. This was retaliation for alleged jail policy violations they claim I committed. Joe Barnette went to judge D. Shahnke who had my inhouse jail charge got an court order to do force involuntary injection on me w/o me knowing told to me by counsel. On July 17th, 2020 between 4:30pm-7pm order by K. Clark done by sgt. Beeker after my food was denied by jail staff deputy Black, they came into cell B8 and physically assaulted me, and had nurse (John Ackerman H.S.A. Naph Care did most of them) in and injected me w/ an antipsychotic this continued for three different days more (on 7·27·2020, 8·6·2020 between 5pm-8pm in booking, and 8·12·2020 early morning 4-6am in cell B7 all medical denied each time.). On July 20th, 2020 another physical assault of retaliation on me by jail

Page 3 of 5

staff Roberto Linares and B. Cummings both my hands in the tray slot sgt. D. Plotner order my hands to be tased by C.O. Jones while being smashed in the food flap I was denied medical attention, but pictures was taken on July 22nd. 2020. This was done as another form of retaliation committed against me by C.C.S.O. and their medical and their mental health provider(s) by Naph Care who were John Ackerman H.S.A. and Shannon P.N.P. All for which is conjugal partner(s) in conspiracy who assault retaliation of harassment. C.C.S.O. simply is not permitted to use involuntary injection(s) as they are not permitted to use involuntary injection(s) as they are not psychiatric facility. My witness for both my hands being smashed in the food flap and 8·12·2020 illegal force injection(s) w/ needle is Bryce A. Jackson C.F.N. #176605 who was illegally house in B9 when I was in B8 and B7. The cell I was housed in is a booking cell not designed for long term occupancy. The jail staff provoke hostility by unlawful conduct they misuse the jail diciplinary system as a form of retaliation. Clark County Sheriff Office has violated my 8th federal bill of rights. C.C.S.O. denied me my administrative remedies (P.L.R.A) by denying me tort claim packet(s) form law library and also grievances. During the course of the, involuntary injection(s) and my arm was injured, taser in my eye socket, and both hands smashed in the tray slot or food flap I was denied medical attention.

### Request for Relief

There a number of incident(s) because it is campaign of harassment violation of C.C.S.O. policy. I seek to sue each of the Defendant(s) individually and in their full official capacity for 30,000,000 for violations of my 8th federal bill of rights.

Page 4 of 5

"I swear under the penalty of perjury that the information herein is factual and correct"

C.F.N. #240359
Alexander Roy Sinclair
Clark County Jail
P.O. Box 1147
Vancouver, WA. 98666

Date: 9·15·2021

Signature: *Alexander R. Sinclair*

Page 5 of 5

Return address (handwritten):
C.S.
P.O. Box 1147
Vancouver, WA

Addressee (handwritten):
Ravi Subramanian
Clerk of Court
1717 Pacific Ave.
Room 3100
Tacoma, WA 98402

BH   4912           9/15/21